**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LISA BREWER,                                         )
                                                     )
      Plaintiff,                             )     Case No. 1:19-cv-04317
v.                                                   )
                                                     )     Judge Steven C. Seeger
PC CONNECTION, INC., d/b/a CONNECTION, a             )
CORPORATION, GARRY HICKERSON, JEFF                   )
HIROMURA, ED TUCKER, CRAIG LANCE AND                 )
RICK GILIGAN,                                        )
                                                     )
      Defendants.                            )

## <u>NOTICE OF MOTION</u>

    **PLEASE TAKE NOTICE** that on **Thursday, April 2, 2020,** at **9:00 a.m.,** the parties

will appear before the **Honorable Judge Steven C. Seeger**, via telephonic conference, Call-In-

Number (888) 684-8852, Access Code 9369830, and then and there present the parties' **JOINT**

**MOTION TO EXTEND CLOSE OF FACT DISCOVERY**.

Date:  March 27, 2020                        Respectfully submitted,

                                             **PC CONNECTION, INC., d/b/a
                                             CONNECTION, a Corporation, GARY
                                             HICKERSON, JEFF HIROMURA, ED
                                             TUCKER, CRAIG LANCE, and RICK
                                             GILLIGAN**

                                             By:  /s/ Gregory H. Andrews

Gregory H. Andrews
Brenna R. McLean
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Phone: (312) 787-4949
Fax: (312) 787-4995
Gregory.Andrews@jacksonlewis.com
Brenna.McLean@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 27, 2020, he caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Gregory H. Andrews