# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LISA BREWER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:19-cv-04317 |
| v. ) | |
| ) | Judge Jeffrey Cole |
| PC CONNECTION, INC., d/b/a CONNECTION, a ) | |
| CORPORATION, GARRY HICKERSON, JEFF ) | |
| HIROMURA, ED TUCKER, CRAIG LANCE AND ) | |
| RICK GILIGAN, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, July 7, 2020,** at **10:15 a.m.,** the parties will appear before the **Honorable Judge Jeffrey Cole**, via telephonic conference, Call-In-Number (888) 684-8852, Access Code 5618926, and then and there present the parties' **JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**.

Date: July 6, 2020

Respectfully submitted,

**PC CONNECTION, INC., d/b/a CONNECTION, a Corporation, GARY HICKERSON, JEFF HIROMURA, ED TUCKER, CRAIG LANCE, and RICK GILLIGAN**

By: /s/ Gregory H. Andrews

Gregory H. Andrews
Brenna R. McLean
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Phone: (312) 787-4949
Fax: (312) 787-4995
Gregory.Andrews@jacksonlewis.com
Brenna.McLean@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on July 6, 2020, he caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Gregory H. Andrews