UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Lisa L Brewer

                Plaintiff,

v.                                                                       Case No.: 1:19–cv–04317
Honorable Steven C. Seeger

PC Connection, Inc, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 27, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: The Joint Motion for Court Approval of Settlement and Dismissal of Complaint (Dckt. No. [123]) is hereby granted. The motion itself is rather spartan, spanning only two pages. But the Court read the settlement agreement and reviewed the settlement for fairness, as required by the FLSA. The Court concludes that the settlement is a fair and reasonable resolution of this dispute. The parties reached this settlement after conferences with Judge Cole, so the process inspires confidence. Plaintiff had the benefit of capable counsel, too. The settlement also provides a meaningful recovery for Plaintiff, who otherwise would run the risk of recovering nothing at summary judgment or trial. The Court concludes that the settlement is what it purports to be: a reasonable, good faith resolution of a dispute. Plaintiff's motion to extend the deadline for automatic dismissal with prejudice (Dckt. No. [124]) is hereby granted. The dismissal shall automatically convert to a dismissal with prejudice on August 31, 2021, unless a party seeks and obtains relief from the Court. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.